1  **JENKINS & HOGIN, LLP**
   Lauren B. Feldman (SBN 238629)
2  (lfeldman@localgovlaw.com)
   1230 Rosecrans Avenue, Suite 110
3  Manhattan Beach, California  90260
   310-643-8448 (office)
4  310-643-8441 (fax)                                          **MADE JS-6**

5  **MARISCAL WEEKS McINTYRE**
      **& FRIEDLANDER, P.A.**
6  Glenn M. Feldman
7  (glenn.feldman@mwmf.com)
   D. Samuel Coffman
8  (sam.coffman@mwmf.com)
   2901 N. Central Avenue Suite 200
9  Phoenix, Arizona  85012-2705
   602-285-5138 (office)
10 602-285-5100 (fax)
   Attorneys for Defendants
11 Chumash Casino Resort and Does 1-10

12
                       **UNITED STATES DISTRICT COURT**
13
                      **CENTRAL DISTRICT OF CALIFORNIA**
14

15  JOSE LUIS MADRIGAL,              |  CASE NO. CV10-7415 GW (SSx)

16              Plaintiff,

17       v.                          |  **ORDER OF DISMISSAL**

18  CHUMASH CASINO RESORT, and
    DOES 1-10, Inclusive,
19

20              Defendants.

21

22       Having considered Defendants' Motion to Dismiss and Plaintiff's failure to

23 respond thereto, and for good cause shown:

24       IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED

25 without leave to amend, pursuant to Federal rules of Procedure 12(b)(1) and (6).

26       IT IS SO ORDERED.

27       Date: February 7, 2011                  _____
28                                               GEORGE H. WU, U.S. District Judge